IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOSE RODRIGUEZ**, et al., | |
| Plaintiffs, | |
| v. | No.   17 CV 4396 |
| **JOSROS ENTERPRISES, INC.**, | Magistrate Judge Weisman |
| Defendants. | |

## STIPULATION TO DISMISS

In accordance with their confidential settlement agreement, and pursuant to FRCP 41(a)(1)(A)(ii), the parties stipulate that the captioned case be dismissed without prejudice, with leave to reinstate however for the sole purpose of allowing this Court to enforce the terms of the parties' settlement agreement.  If a motion to reinstate (or to extend the date by which such a motion must be filed) is not filed on or before June 15, 2018, then the parties stipulate that the captioned case be dismissed with prejudice and without costs as of June 16, 2016, without further action by the Court.

AGREED:                                                                    AGREED:

/s/Paul Luka                                                              /s/Misty Cygan (by permission)

Attorney for Plaintiffs                                                Attorney for Defendants

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that s/he served a copy of the attached document/s on all parties of record by causing them to be issued through the Court's Electronic Case Filing System on the date listed in the electronic file-stamp.

                                      /s/Paul Luka
                                      Attorney for Plaintiff

Paul Luka
Mendoza Law, P.C.
120 S. State Street, Suite 400
Chicago, IL 60603
(312) 508-6010
paul@alexmendozalaw.com